UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE HINOJOSA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00195-JLT-EPG<br><br>ORDER DIRECTING CLERK TO TERMINATE MOTION TO STRIKE AS MOOT<br><br>(ECF No. 11) |

    On February 15, 2022, Plaintiff Justice Hinojosa filed this action, alleging violations of the Fair Credit Reporting Act. (ECF No. 1). Defendant Trans Union, LLC filed its answer on March 10, 2022. (ECF No. 10). Arguing that the answer was insufficient, Plaintiff moved to strike portions of the answer and deem certain allegations in Plaintiff's complaint as admitted; or, alternatively, an order requiring Defendant to amend its answer. (ECF No. 11). The motion to strike was referred to the undersigned. (ECF No. 13).

    The Court held a hearing on the motion to strike on May 20, 2022, with Defendant agreeing to file an amended answer by June 3, 2022, and Plaintiff being given a deadline of June 17, 2022, to file a supplemental brief, if any, regarding any remaining alleged deficiencies in the amended answer. (ECF No. 30). On June 3, 2022, Defendant filed an amended answer. To date, Plaintiff has not filed a supplemental brief in support of Plaintiff's motion to strike, and the time to do so has expired.

Given "the well-established doctrine that an amended pleading supersedes the original pleading," Defendant's amended answer has superseded its initial answer, which "no longer performs any function." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992), *as amended* (May 22, 1992); Fed. R. Civ. P. 7(a)(2) (noting that an "answer to a complaint" is a pleading). And because Plaintiff has not challenged, in a supplemental filing, Defendant's amended answer—the operative pleading in this case—Plaintiff's motion to strike Defendant's initial answer has been rendered moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it.").

Accordingly, IT IS ORDERED that the Clerk of Court is directed to terminate Plaintiff's motion to strike (ECF No. 11) as moot.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                               /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

2