UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTICE HINOJOSA,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00195-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION, LLC<br><br>(ECF No. 38) |

On August 29, 2022, the parties filed a joint stipulation dismissing all claims against Defendant Trans Union, LLC with prejudice. (ECF No. 38). In light of the parties' stipulation, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the case against Trans Union, LLC has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to close this case.[1]

IT IS SO ORDERED.

    Dated:   **August 30, 2022**             /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The only other Defendant in this case, Equifax Information Services, LLC, has already been dismissed from this action. (ECF No. 29).